UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susan E.,[1]

          Plaintiff,

v.

Kilolo Kijakazi,
  Acting Commissioner of Social Security
          Defendant.

Case No. 22-cv-1766 (KMM/DTS)

ORDER

     The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz, dated June 14, 2023. No objections have been filed to that R&R in the time period permitted.

     The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions. Accordingly, where the Court refers to Plaintiff by her name, only her first name and last initial are provided.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment [Dkt. No. 17] is **GRANTED** and the case is **REMANDED** for further development pursuant to sentence four of 42 U.S.C. § 405(g).

2. Defendant's Motion for Summary Judgment [Dkt No. 21] is **DENIED**.

**Let Judgment Be Entered Accordingly.**

Date: **August 18, 2023**　　　　　　　　　　　　*s/ Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge